# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

| | | |
|---|---|---|
| NATIONAL NURSES ORGANIZING COMMITTEE, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff, | ) ) | 1:23-cv-00321-MR-WCM |
| vs. | ) ) | |
| MH HOSPITAL MANAGER, LLC, | ) ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 25, 2024 Memorandum of Decision and Order.

March 26, 2024

_Katherine H. Simon_

Katherine Hord Simon, Clerk
United States District Court